IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY HEADRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-cv-67-GPM-DGW |
| | ) |
| MEARL JUSTUS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for docket control. On February 13, 2013, Plaintiff filed a First Amended Complaint (Doc. 9) as directed by District Judge G. Patrick Murphy on January 18, 2013 (Doc. 1). As of the date of this Order, no responsive pleading has been filed by Defendants Mearl Justus, Levy Bridges, Sgt. Blackburn, and Sgt. Nickol. Pursuant to Federal Rule of Civil Procedure 15(a)(3), a responsive pleading was due on February 27, 2013 (14 days after service).

It appears, however, that Plaintiff neglected to serve the First Amended Complaint on Defendants because there is no certification attached to the First Amended Complaint indicating when the document was served upon Defendants. Plaintiff is reminded that he must include a certificate stating the date on which a true and correct copy of the document filed was served upon Defendants or Defendants' counsel (See. Doc. 4, p. 5-6). Plaintiff is **WARNED t**hat the failure to include the certification in any future pleadings will result in the **STRIKING** of the pleading.

Defendants are therefore **GRANTED** until **April 12, 2013** to file a responsive pleading to the First Amended Complaint (Doc. 9).

**DATED: April 1, 2013**

            **DONALD G. WILKERSON**
            **United States Magistrate Judge**